David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for defendant, **STEPHEN POTTER**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN POTTER,<br><br>Defendant. | **CASE NO. 1: 13 CR 00050 LJO SKO**<br><br>**EX PARTE REQUEST FOR DEFENDANT'S WAIVER OF APPEARANCE**<br><br>Date: April 15, 2013<br>Time: 1:00 p.m.<br>Dept: Hon. Sheila K. Oberto |

**TO THE HONORABLE COURT:**

Defendant, STEPHEN POTTER, hereby knowingly, voluntarily and intelligently waives his right to be present at the hearing currently scheduled before the Honorable Sheila K. Oberto on April 15, 2013, at the hour of 1:00 p.m., where his presence is not necessary to ensure his constitutional rights. Defendant also knowingly, voluntarily and intelligently waives his right to be present at these proceedings under Federal Rules of Criminal Procedure, Rule 43. Further, defendant agrees that attorney David Balakian and/or Michael Idiart may appear on his behalf and that defendant will appear at any hearing next scheduled by the court.

1 | The Government does not oppose this request.
2 |     Defendant resides in the State Of Washington and the matter is
3 | presently set for a status conference.

DATED: April 5, 2013    /s/ STEPHEN POTTER
                            STEPHEN POTTER

DATED: April 5, 2013    /s/ DAVID BALAKIAN
                            DAVID BALAKIAN

David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for defendant, **STEPHEN POTTER**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEPHEN POTTER, )<br>)<br>Defendant. )<br>_____) | **CASE NO. 1: 13 CR 00050 LJO SKO**<br><br>**ORDER** |

This matter came before the court on defendant STEPHEN POTTER'S ex parte request that his personal appearance at the April 15, 2013 hearing be excused. The Court hereby grants the defendant's ex parte application and excuses his appearance on April 15, 2013.

IT IS SO ORDERED.

**Dated:   April 8, 2013**                    /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE