MICHAEL G. IDIART  #66273
Attorney at Law
2014 Tulare Street, Suite 212
Fresno, CA 93721
Telephone: (559) 442-4900
Facsimile:   (559) 442-4999
mgidiart@aol.com

Attorney for Defendant **STEPHEN POTTER**

# IN THE UNITED STATES DISTRICT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.:  **1:13- CR-00050-LJO SKO** |
| Plaintiff, | ***ORDER*** |
| vs. | |
| STEPHEN POTTER, | |
| Defendant. | |

The Court hereby grants the Defendant's ex parte application and excuses Defendant's appearance at the May 20, 2013, hearing.

IT IS SO ORDERED.

Dated:   May 17, 2013          /s/ Sheila K. Oberto
                               UNITED STATES MAGISTRATE JUDGE